IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RAYMOND GENE BENNETT,<br>Institutional ID No. 50530,<br><br>            Plaintiff,<br><br>V.<br><br>TIM VASQUEZ, Chief of Police,<br>San Angelo Police Department, *et al.*,<br><br>           Defendants. | CIVIL ACTION NO.<br>6:13-CV-033-C<br>ECF |

## ORDER

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint on June 19, 2013. By Order dated June 28, 2013, this case was transferred to the docket of United States Magistrate Judge E. Scott Frost for screening pursuant to 28 U.S.C. §§ 1915 and 1915A. The United States Magistrate Judge entered a Report and Recommendation on July 26, 2013. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1) Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(2) Any pending motions are denied.

Plaintiff is admonished that if he re-files his civil rights complaint, he must either pay the full filing fee of $400.00 or file an application to proceed *in forma pauperis* and a certificate of his inmate trust account.

Judgment shall be entered accordingly.

Dated August 12, 2013.

                                                  SAM R. CUMMINGS  
                                                  United States District Judge